UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEON A. MORRIS, SR., | : Case No. 2:22-cv-3461 |
| Plaintiff, | : |
| vs. | : District Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Karen L. Litkovitz |
| WARDEN, NORTH CENTRAL CORRECTIONAL COMPLEX, et al., | : **ORDER** |
| Defendants. | : |

Plaintiff, a prisoner at the North Central Correctional Institution, has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 in this Court. Plaintiff has since filed five motions to amend his complaint (Doc. 6, 9, 11, 15, 17) and additional motions or other filings (*See* Doc. 2, 7, 9, 12, 13, 14, 16, 18, 19, 20, 21). Most recently, plaintiff has submitted to the Clerks Office an envelope containing physical evidence.

Plaintiff's complaint is subject to initial screening to determine whether the complaint, or any portion of it, should be dismissed because it is frivolous, malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant who is immune from such relief. *See* Prison Litigation Reform Act of 1995 § 804, 28 U.S.C. § 1915(e)(2)(B); § 805, 28 U.S.C. § 1915A(b). Plaintiff is **ORDERED** not to file any additional motions or documents until the Court has conducted the initial review of his complaint, as amended. The **CLERK OF COURT** is **DIRECTED NOT** to accept any additional filings in this matter from plaintiff until such time as the Court issues its initial screening Report and Recommendation, which is forthcoming.

With respect to plaintiff's submission of physical evidence, neither the Federal Rules of Civil Procedure nor the Local Rules of this District permit the filing of exhibits or other evidence unconnected to a pending motion or pleading. Plaintiff may have the opportunity to submit evidence in support of his claims at a later stage in this case. *Cf. Jackson v. United States*, Case No. 19-cv-3560, 2019 WL 4034731, at *1 n.2 (E.D. Pa. Aug. 27, 2019) (advising the plaintiff that "he need not put forth his evidence and exhibits at the pleading state of this case"). At this point in the proceedings, however, plaintiff is **ORDERED** not to submit any additional physical evidence.

**IT IS SO ORDERED.**

Date: 12/14/2022

Karen L. Litkovitz
United States Magistrate Judge