UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEON A. MORRIS, SR.,**
        **Plaintiff,**

v.

**CORRECTIONAL COMPLEX, et al.,**
        **Defendants.**

Civil Action 2:22-cv-3461
Judge Edmund A. Sargus, Jr.
Magistrate Judge Karen L. Litkovitz

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 54), which recommends denying Plaintiff's Motion for Relief from Judgment (ECF No. 48) and denying as moot Plaintiff's Motion for New Evidence (ECF No. 50). The Report and Recommendation was filed June 21, 2023, and the time for objecting has passed with no objection filed.

Thus, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge (ECF No. 54), **DENIES** Plaintiff's Motion for Relief from Judgment (ECF No. 48) and **DENIES AS MOOT** Plaintiff's Motion for New Evidence (ECF No. 50). This case is to **REMAIN** closed.

    **IT IS SO ORDERED.**


**9/5/2023**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**